AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RICKY ANTHONY YOUNG,

                              )
        *Plaintiff*            )
            v.                 )        Civil Action No.   4:25-cv-5157-EFS
TIMOTHY LANG, JAMES KEY, CAROL SMITH,   )
JASON MARTIN, JASON RICHER, JEFFREY     )
PERKINS, CS2 MAINE, CS2 DEAN, CS2 MULLEN,
JOHN DOES 1-10, and JANE DOES 1-10,
        *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Third Amended Complaint (ECF No. 17) is DISMISSED with prejudice for failure to state a claim upon which relief
may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     EDWARD F. SHEA _____

Date:  6/16/2026 _____        *CLERK OF COURT*

                                        s/Sean F. McAvoy _____
                                               *Signature of Clerk*